# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY E. BURTON, JR. # 836846,** | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION 17-00004-KD-B |
| **COURTNEY CHUNG,** | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.

Accordingly, it is ORDERED that this action is **DISMISSED without prejudice,** pursuant to 28 U.S.C. § 1915(g). as malicious.

DONE and ORDERED this 31st day of January 2017.

        s/ Kristi K. DuBose
        KRISTI K. DuBOSE
        UNITED STATES DISTRICT JUDGE